## CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Debtor: Mary A. Gibson        SS# XXX-XX- 3365        Current Monthly Income $ 1,762.04
Joint Debtor: N/A              SS# XXX-XX-             Current Monthly Income $
Address: 8908 Carroll Rd., Biloxi, MS 39532            No. of Dependents: 3

*Any Federal or State Tax Refund, including Earned Income Credit (EIC), that exceeds the exemption to which the Debtor(s) is/are entitled shall be transmitted to the Chapter 13 Trustee for application to any unsecured claims, and, if paid in full, to the base amount of the Plan.*

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a Proof of Claim to be paid under any Plan that may be confirmed, and the treatment of all secured/priority debts must be provided for in this Plan.**

### PAYMENT AND LENGTH OF PLAN

The Plan period shall be for a period of  60  months, not to exceed sixty (60) months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)  Debtor shall pay $ 346.00  per ( monthly / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee.
     A payroll deduction order will be issued to the Debtor's employer @:  Debtor

(B)  Joint Debtor shall pay $ N/A  per ( monthly / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee.
     A payroll deduction order will be issued to the Debtor's employer @:  N/A

### PRIORITY CREDITORS. Filed Claims that ARE NOT disallowed and are to be paid in FULL:

IRS    $ N/A   @ $ _____ per month    State Tax Commission $ N/A @ $ _____ per month
Other  $ N/A   @ $ _____ per month    Jackson Cty $ 215.71 @ $ 3.6 per month
                                      MH Taxes

### DOMESTIC SUPPORT OBLIGATIONS (POST-PETITION) DUE TO:    N/A

Beginning _____ in the amount of $ _____ per month
shall be paid _____ direct _____ through payroll deduction _____ through the Plan

### PRE-PETITION DOMESTIC SUPPORT ARREARAGE CLAIM DUE TO:    N/A

Arrearages in the amount of $ _____ shall be paid @ $ _____ per mo.
_____ through payroll deduction _____ through the Plan

### HOME MORTGAGE(S)

| | | | | | |
|---|---|---|---|---|---|
| Mtg Pmts to: N/A | Beginning: | @ $ | / mo. | ( ) Plan | ( ) Direct |
| Mtg Pmts to: | Beginning: | @ $ | / mo. | ( ) Plan | ( ) Direct |
| Mtg Pmts to: | Beginning: | @ $ | / mo. | ( ) Plan | ( ) Direct |
| Mtg Arrears to: N/A | Through: | $ | @ $ | | per mo. |
| Mtg Arrears to: | Through: | $ | @ $ | | per mo. |
| Mtg Arrears to: | Through: | $ | @ $ | | per mo. |

Debtor's Initials  *MAG*                                              Chapter 13 Plan
Joint Debtor's Initials _____                                         Page 1 of 2

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i) until the Plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Green Tree | Mobile Home | 22,000.00 | 15,000.00 | 7% | 17,821.20 | 297.02 |
|  |  |  |  | 7% | (pay value + 7% Intrst) |  |
|  |  |  |  | 7% |  |  |
| Republic Finance | HHG-NPMSI | 1000 | 500 | 7% | 594 | 9.9 |
|  |  |  |  | 7% | (pay value + 7% Intrst) |  |
|  |  |  |  | 7% |  |  |
|  |  |  |  | 7% |  |  |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, the creditor must file a Proof of Claim in order to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to be Paid |
|---|---|---|---|
| N/A |  |  |  |

**SPECIAL PROVISIONS** for all payments to be paid through the Chapter 13 Plan, including, but not limited to, adequate protection payments:   N/A

**UNSECURED DEBTS** totaling approximately $ 7,324.54 are to be paid in deferred payments to Creditors that have filed claims that are not disallowed: IN FULL or 0 % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 1,100.00
Attorney Fees Previously Paid $ 0.00
Attorney Fees to be Paid through the Plan $ 0.00

Pay administrative costs and Debtor's attorney fees pursuant to Cousrt Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent:

Attorney for Debtor (Name/Address/Phone #/Email):
David L. Lord and Associates, P.A.
2300 24th Avenue
Gulfport, MS 39501

Telephone:
Fax:

Telephone: (228) 868-5667
Fax: (228) 868-2554
Email: lordlawfirm@bellsouth.net

DATE:   24-Aug-11

DEBTOR'S SIGNATURE:       /s/ Mary A. Gibson
JOINT DEBTOR'S SIGNATURE: /s/ N/A
ATTORNEY'S SIGNATURE:     /s/ David L. Lord

Debtor's Initials  MAG
Joint Debtor's Initials _____

Chapter 13 Plan
Page 2 of 2