# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

RE:  MARY A. GIBSON,                                              Case No.: 11-51827-KMS
     Debtor                                                         Chapter 13 Proceeding
_____

## OBJECTION TO SECURED CLAIM(S) AND FOR OTHER RELIEF
_____

COMES NOW the Debtor, MARY A. GIBSON, by and through her Counsel of Record, David L. Lord, Esq., and files this Objection to the following pre-petition Secured Claim(s) and for Other Relief, setting forth the treatment to be provided to Creditor(s) holding security interests in the Debtor's(s') collateral for the purpose of Plan confirmation, to-wit:

### VEHICLE(S) AND PERSONAL PROPERTY

1.   Green Tree
     P.O. Box 6172
     Rapid City, SD  57709

   Collateral:   1995 Horton Summit Mobile Home

   Position:    First Lien

   Value:       $15,000.00

   Balance:     $22,000.00 the approximate amount believed to be due at the time of filing.

   Treatment:   Debtor shall pay the value, plus 7% interest, to the Creditor inside the Chapter 13 Plan, and upon payment of same, eliminates any lien.  Notwithstanding, the Debtor(s) reserve the right to object to any debt claim amount which exceeds the foregoing figures, reserve the right to object to any assessed fees, costs, or charges included in the Creditor's Proof of Claim, and reserve the right to object to any Amended Proof of Claim assessing post-petition arrears, fees, costs, or charges.

2.   Republic Finance
     7535 Airways Blvd., Ste. 210
     Southaven, MS  38671

   Collateral:   HHG-NPMSI

   Position:    First Lien

   Value:       $500

   Balance:     $1,000.00 the approximate amount believed to be due at the time of filing.

Treatment:   Debtor shall pay the value, plus 7% interest, to the Creditor inside the Chapter 13 Plan, and upon payment of same, eliminates any lien.  Notwithstanding, the Debtor(s) reserve the right to object to any debt claim amount which exceeds the foregoing figures, reserve the right to object to any assessed fees, costs, or charges included in the Creditor's Proof of Claim, and reserve the right to object to any Amended Proof of Claim assessing post-petition arrears, fees, costs, or charges.

WHEREFORE, PREMISES CONSIDERED, the Debtor(s) pray that this Objection to Secured Claim(s) and for Other Relief be received and filed, and that upon consideration by the Court, if no Response is timely filed, or upon hearing in the event of a timely Response, the Court will enter its Order Confirming the Chapter 13 Plan, granting the relief prayed for herein.  The Debtor(s) further pray that upon payment of the balance(s) and/or value(s) plus interest on the above-listed claim(s), the lien(s) be canceled and any title document(s) be delivered to the Debtor(s).

RESPECTFULLY SUBMITTED this the 25th day August, 2011.

MARY A. GIBSON, Debtor, by:

/s/ David L. Lord
David L. Lord (G)   MS Bar No.: 1427
David L. Lord and Associates, P.A.
2300 24th Avenue
Gulfport, MS 39501
Phone: (228) 868-5667
Fax: (228) 868-2554
ECF E-mail: lordlawfirm@bellsouth.net

**CERTIFICATE OF SERVICE**

      I, David L. Lord, of David L. Lord and Associates, P.A., Counsel for the above-listed Debtor(s), do hereby certify that I have served, this day, electronically, by the *Notice of Electronic Filing*, or by First-Class U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing *Objection to Secured Claim(s) and for Other Relief* to:

| | |
|---|---|
| Warren A. Cuntz, Jr., Esq. | Henry G. Hobbs, Jr., Esq. |
| Chapter 13 Trustee | United States Trustee |
| 10585 Three Rivers Road, Suite G | 501 East Court St., Ste. 6-430 |
| Gulfport, MS 39503 | Jackson, MS 39201 |
| wacuntzcourt@cableone.net | USTPRegion05.JA.ECF@usdoj.gov |
| wcuntz13@cableone.net | |
| pdunnaway13@cableone.net | |
| | |
| Green Tree | Republic Finance |
| P.O. Box 6172 | 3200 Mallett Rd. |
| Rapid City, SD  57709 | Diberville, MS 39540 |
| | |
| Republic Finance | |
| 7535 Airways Blvd., Ste. 210 | |
| Southaven, MS  38671 | |

DATED this the 25th day of August, 2011.

/s/ David L. Lord
David L. Lord (G)    MS Bar No.: 1427
David L. Lord and Associates, P.A.
2300 24th Avenue
Gulfport, MS 39501
Phone: (228) 868-5667
Fax: (228) 868-2554
ECF E-mail: lordlawfirm@bellsouth.net