**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

RE:  MARY A. GIBSON,                                           Case No.: 11-51827-KMS
      Debtor                                                    Chapter 13 Proceeding
_____

**NOTICE OF OBJECTION TO SECURED CLAIM(S) AND FOR OTHER RELIEF**
_____

     YOU ARE HEREBY NOTIFIED that a written Response to the attached Objection to Secured Claim(s) and for Other Relief must be filed with the Clerk of Court for the United States Bankruptcy Court for the Southern District of Mississippi at its address of Clerk of Court, United States Bankruptcy Court, Southern District of Mississippi, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501; a copy thereof served to the United States Trustee, Henry G. Hobbs, Jr., Esq., 501 East Court Street, Suite 6-430, Jackson, MS 39201 (USTPRegion05.JA.ECF@usdoj.gov); a copy thereof served to the Chapter 13 Trustee, Warren A. Cuntz, Jr., Esq., 10585 Three Rivers Road, Suite G, Gulfport, MS 39503 (wcuntz13@cableone.net, wacuntzcourt@cableone.net, and pdunnaway13@cableone.net); and, a copy thereof served to Counsel for the Debtor, David L. Lord, Esq., David L. Lord and Associates, P.A., 2300 24th Avenue, Gulfport, MS 39501 (lordlawfirm@bellsouth.net), on or before thirty (30) days from the date of this Objection, or the Court may enter its Order Confirming the Chapter 13 Plan, granting the relief requested therein.  In the event that a written Response is filed, the Court will notify you of the date, time, and place of the hearing hereon.

     RESPECTFULLY SUBMITTED this the 25th day of August, 2011.

                                    MARY A. GIBSON,
                                    Debtor, by:

                                    /s/ *David L. Lord*
                                    David L. Lord (G)  1427
                                    David L. Lord and Associates, P.A.
                                    2300 24th Avenue
                                    Gulfport, MS 39501
                                    Phone: (228) 868-5667
                                    Fax: (228) 868-2554
1                                  ECF E-mail: lordlawfirm@bellsouth.net

**CERTIFICATE OF SERVICE**

       I, David L. Lord, of David L. Lord and Associates, P.A., Counsel for the above-listed Debtor(s), do hereby certify that I have served, this day, electronically, by the *Notice of Electronic Filing*, or by First-Class U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing *Notice of Objection to Secured Claim(s) and for Other Relief* to:

Warren A. Cuntz, Jr., Esq.
Chapter 13 Trustee
10585 Three Rivers Road, Suite G
Gulfport, MS 39503
wacuntzcourt@cableone.net
wcuntz13@cableone.net
pdunnaway13@cableone.net

Henry G. Hobbs, Jr., Esq.
United States Trustee
501 East Court St., Ste. 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov

Republic Finance
3200 Mallett Rd.
Diberville, MS 39540

Green Tree
P.O. Box 6172
Rapid City, SD 57709

Republic Finance
7535 Airways Blvd., Ste. 210
Southaven, MS 38671

       DATED this the 25th day of August, 2011.

/s/ David L. Lord
David L. Lord (G)    MS Bar No.: 1427
David L. Lord and Associates, P.A.
2300 24th Avenue
Gulfport, MS 39501
Phone: (228) 868-5667
Fax: (228) 868-2554
ECF E-mail: lordlawfirm@bellsouth.net